THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:21-cr-00019-MR-WCM-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **JENNIFER PARDO,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Early Termination of Supervised Release [Doc. 95].

The Defendant pleaded guilty to one count of conspiracy to commit bank fraud and one count of aggravated identity theft and was sentenced to a term of 30 months and two years of supervised released on January 31, 2022. [Doc. 73]. The Defendant was released from custody on February 13, 2023. [Doc. 96].

Having served approximately one year and five months of her two-year term of supervised release, the Defendant now moves the Court to exercise its discretion and terminate her term of supervised release. [Doc. 95]. In support of her motion, the Defendant argues that she has completed required mental health and substance use treatment, has become a certified peer

support specialist, has spent significant time volunteering to help formerly incarcerated individuals, and has regained custody of her children. [Id.]. Both the U.S. Probation Office and the U.S. Attorney have advised that they do not oppose the Defendant's motion. [Doc. 96].

The Court may, after considering the relevant § 3553(a) factors, "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release." 18 U.S.C. § 3583(e)(1). In order to terminate a defendant's term of supervised release, the Court must be "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." Id. Here, the Court is satisfied that termination is warranted at this time. The Defendant's adjustment to supervision has been excellent, and the Defendant has taken numerous positive steps to rehabilitate herself and help others in her community. The Court therefore finds that further supervision is no longer warranted. Accordingly, the Defendant's request to terminate her term of supervised release is granted.

**IT IS, THEREFORE, ORDERED** that the Defendant's letter, which the Court construes as a Motion for Early Termination of Supervised Release [Doc. 95] is **GRANTED**.

**IT IS SO ORDERED.**

Signed: July 29, 2024

Martin Reidinger
Chief United States District Judge